IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEWAYNE GRIFFIN,<br><br>Defendant. | 1:25-MJ-008 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Shaman Douglass, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am an investigative and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 21, and 26 of the United States Code.

2. I am a Special Agent with ATF. I am assigned to a field office based in Northern Virginia. During my participation in law enforcement, I have conducted and assisted with arrests, search warrants, and court orders. I have investigated and assisted in investigations involving firearms and other matters, which have resulted in arrests and convictions.

3. The facts and information contained in this Affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the course of this investigation, as well as the observations, training, and experience of other agents and law enforcement officers involved in this investigation. All observations not personally made

by me were relayed to me by the individuals who made them or are based on my review of records, documents, videos, and other evidence obtained during the course of this investigation.

4. Because this Affidavit is being submitted for the limited purpose of obtaining a Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the Complaint and Arrest Warrant.

5. I make this Affidavit in support of an application for a Criminal Complaint and Arrest Warrant for **DEWAYNE GRIFFIN**. For the reasons set forth below, I submit that there is probable cause to believe that GRIFFIN has committed a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon).

## PROBABLE CAUSE

6. This case relates to GRIFFIN's possession of a firearm, a black Taurus G2 9mm handgun, on May 8, 2024 at the Tysons Corner Center, in Tysons, Virginia. GRIFFIN is a felon and is therefore prohibited under federal law from possessing a firearm.

7. The Tysons Corner Center is a shopping mall located at or near 1961 Chain Bridge Road, Tysons, VA, in Fairfax County, within the Eastern District of Virginia.

8. On May 8, 2024, officers of the Fairfax County Police Department ("FCPD") were conducting patrol at the Tysons Corner Center. The officers received an alert about a potentially stolen vehicle in one of the parking facilities of the Tysons Corner Center. The vehicle was a 2010 tan Chevrolet Impala. Officers found the vehicle, confirmed that it had been reported stolen, and set up surveillance on the vehicle.

9. The officers observed three individuals enter the vehicle, one into the vehicle's front driver's seat, one into its front passenger seat, and one into its rear driver-side seat. The

occupant in the rear of the vehicle was later identified as GRIFFIN.

10. The officers conducted a stop of the vehicle. They ordered the car's occupants to exit the vehicle. During the course of the stop, the officers observed that the vehicle's driver had a number of outstanding arrest warrants from various counties in Virginia.

11. The officers conducted a search of the vehicle. They found a black Taurus G2 9mm handgun in the vehicle, located under the car's front driver's seat. The Taurus G2 handgun was accessible from the rear of the vehicle, located within the likely reach area of the car's rear driver-side passenger (GRIFFIN). The Taurus G2 handgun did not appear to be accessible from the front driver seat of the vehicle, as the gun was blocked underneath the front seat by the seat's metal track and the track's piping and wiring.

12. The officers observed that GRIFFIN had previously been convicted of a felony. They arrested him and transported him to a FCPD stationhouse.[1]

6. At the stationhouse, GRIFFIN provided FCPD with a DNA buccal swab. Laboratory testing later showed that GRIFFIN's DNA was a match for a DNA profile that was recovered from the Taurus G2 handgun.

7. Law enforcement reviewed the contents of a cell phone that FCPD officers seized from GRIFFIN during his arrest. The cell phone contains images of a Taurus G2 handgun that matches the appearance of the Taurus G2 handgun found in the vehicle. The cell phone also

---

[1] FCPD officers also, at this time, arrested the driver of the vehicle for his outstanding arrest warrants and for his alleged theft of the vehicle. Additionally, officers arrested the car's front-seat passenger for his possession of another handgun that was found in the vehicle. This other handgun, a Glock 17 9mm firearm, was found inside a handbag located in the car's back middle area. Also inside this handbag was a wallet that contained an ID card and social security card of the front-seat passenger. The front-seat passenger was charged with, and pleaded guilty to, an indictment in this Court relating to his possession of the Glock 17 9mm handgun.

contains text messages, exchanged in the days prior to the stop of the vehicle, in which GRIFFIN offered to sell a handgun that he described as a "Taurus" to other individuals.

8. Law enforcement obtained a report of GRIFFIN's criminal history. The report confirms that GRIFFIN has a felony conviction. Specifically, on June 15, 2023, GRIFFIN was convicted in Fairfax County Circuit Court of robbery, in violation of Va. Code § 18.2-58. GRIFFIN was sentenced for this offense to 5 years of imprisonment, with 4 years suspended.

9. Law enforcement also conducted a test fire of the Taurus G2 handgun and found the handgun to be operational.

10. An ATF nexus expert conducted an analysis of the Taurus G2 handgun. The expert's report indicates that the handgun was likely manufactured in Brazil, meaning that the handgun was transported in interstate or foreign commerce before GRIFFIN possessed it.

## CONCLUSION

11. Based on the foregoing, I submit there is probable cause to believe that on or around May 8, 2024, in Tysons, Virginia, within the Eastern District of Virginia, DEWAYNE GRIFFIN committed a violation of 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon).

Respectfully submitted,

SHAMAN DOUGLASS
Digitally signed by SHAMAN DOUGLASS
Date: 2025.01.04 08:51:48 -05'00'

Shaman Douglass
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF")

Subscribed and sworn to me by telephone in accordance
With Fed. R. Crim. P. 4.1 on January 7, 2025:

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.01.07 10:17:13 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia